IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| **BRANDON BRAZELTON,** : | |
| : | |
| v.   : | Case No. 1:21-CV-00635 |
| : | |
| **LORRAINE GOLDBERG, et al.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE OF COUNSEL

Please note the appearance of Ryan Campbell (King, Campbell, Poretz & Mitchell, PLLC) on behalf of the Plaintiff, Brandon Brazelton.

Respectfully submitted,
BRANDON BRAZELTON
By Counsel

_____/s/_____
Ryan Campbell
Virginia Bar No. 48157
King, Campbell, Poretz & Mitchell, PLLC
108 N. Alfred Street, LL
Alexandria, Virginia 22314
Ph: 703-683-7070
Fax: 703-652-6010
rcampbell@kingcampbell.com