**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| BRANDON BRAZELTON, | : |
| | : |
| Plaintiff, | : |
| v. | : Case No. 1:21-cv-00635 |
| | : |
| Lorraine Goldberg, et al., | : |
| | : |
| Defendants. | : |

## DEFENDANTS' MOTION TO DISMISS

Defendants, Lorraine Goldberg, Elissa Wilk, and Sheriff Michael Chapman, (collectively referred to as "Defendants"), in their official and individual capacities, by and through their undersigned counsel, move to dismiss Brandon Brazelton's ("Brazelton") Complaint against them. In support thereof, Defendants specifically refer the Court to their Memorandum in Support filed herewith.

Respectfully Submitted,

/s/
Alexander Francuzenko, Esq./VSB #36510
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
(703) 865-7480 (office)
(703) 434-3510 (fax)
alex@cookcraig.com
*Counsel for Defendants Lorraine Goldberg,
Elissa Wilk, and Sheriff Michael Chapman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2021, I served a copy of the foregoing Defendants' Motion to Dismiss upon the following via ECF and U.S. Mail:

Ryan Campbell (VSB 48157)
King, Campbell, Poretz & Michael, PLLC
108 N. Alfred Street
Alexandria, VA 22314
Main:  (703) 683-7070
Cell:   (703) 283-6851
Fax:   (703) 652-6010
Email: ryan@kingcampbell.com

/s/
Alexander Francuzenko, Esq./VSB #36510
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
(703) 865-7480 (office)
(703) 434-3510 (fax)
alex@cookcraig.com
*Counsel for Defendants Lorraine Goldberg, Elissa Wilk, and Sheriff Michael Chapman*